**STATE of Missouri, Respondent,**

v.

**John W. WHITE, Appellant.**

**No. WD 42934.**

Missouri Court of Appeals,
Western District.

July 23, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 27, 1991.

Application to Transfer Denied
Oct. 16, 1991.

David S. Durbin, Appellate Defender, Jeanne Haas McKenna, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, P.J., and KENNEDY and BRECKENRIDGE, JJ.

## ORDER

PER CURIAM.

Appeal from convictions of sodomy, § 566.060, RSMo 1986, and sexual abuse in the first degree, § 566.100, RSMo 1986, and from the denial of appellant's Rule 29.15 motion for post-conviction relief.

Affirmed.   Rules 30.25(b) and 84.16(b).